Cause Number: W94-40593-Q(B)    67,338-03

MARVIN SMITH                      §    IN THE 204TH JUDICIAL DISTRICT COURT

VS                                §    OF

THE STATE OF TEXAS                §    DALLAS COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP, 16 2015

Abel Acosta, Clerk

_____

### WRIT OF MANDAMUS OBJECTING TO THE 204TH DISTRICT COURT'S FAILURE TO RULE ON PRO SE DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO SHOW CAUSE WHY DEFENDANT'S APPLICATION SHOULD NOT BE DISMISSED UNDER ARTICLE 11.07 4(a)

_____

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Marvin Smith, in the above cause Pro se, herein after referred to as Defendant, and would show the Court the following:

1.

On the 22nd, July 2015, defendant filed his writ of habeas corpus Art: 11.07 in the 204TH District Court of Dallas County.

2.

On the 13th, August 2015, the state filed its response that defendant's Application be dismissed under Article 11.07 4(a) of the Code of Criminal Procedures.

3.

On the 8th, August 2015, the trial court filed its order Finding No Controverted Previously Unresolved Factual Issues Requiring a hearing: That defendant's Application be dismissed under Article 11.07 4(a) without considering the defendant's Motion For Extension Of Time to show cause why his Application should not be dismissed under Article 11.07 4(a).

4.

Anytime a Pro se layman of the law timely files his Motion For Extension of Time the trial court shall not Blind-Side him. But take into account that the Pro se defendant is unskilled in the law. That he is incarcerated with limited Access to the Unit Law Library of (2) two hours a day. Therefore, the trial court has abused its discretion by Blind-Siding the defendant by not considering his Motion For Extension Of Time, to give defendant time to show cause why his Application should not be dismiss under Article 11.07 4(a). But has held Pro se defendant to

1.

the same standards as a skilled Attorney in the law. Defendant timely requested the necessary documents from the 204th district court of Dallas County before filing his first 11.07 Application on November 28, 2006.

Therefore, defendant urges that had the trial court granted defendant's Motion For Extension Of Time of 35 days he would have been able to show cause that the factual or legal basis for the claim was unabailable when defendant filed his first Application where he timely requested the necessary documents on January 22, 1997 and again on April 7, 2003, before filing his first application, but the 204th District Court never responded to his requests. Please see attached Exhibits 1 & 2 which are incorporated herein for all purposes.

With these requested documents, defendant would have been able to accurately show that:

1. Counsel failed to investigate;
2. There was Conflicting Statements by the Complainant;
3. There was Statement of Another Possible Suspect;
4. Counsel failed to Call witnesses That Could Have Testified To Defendant's Innocence.

## PRAYER

WHEREFORE, PREMISSES, CONSIDERED, Defendant prays this Court Order the 204th district court of Dallas County to Withdraw its dismissal of defendant's Application under Article 11.07 4(a) and Order the trial court to grant defendant's motion for extension of time of 35 days from the date of this Court's Order to give the defendant an opportunity to show cause why his Application should not be dismiss under Article 11.07 4(a).

Respectfully submitted,

Marvin Smith
Defendant Pro se
TDCJ-ID#1482239
William G. McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

2.

## CERTIFICATE OF SERVICE

I, Marvin Smith, hereby (certify, declare) under penalty of perjury, pursuant to 28 USC §1746 that the forementioned is true and correct to the best of my knowledge, and a copy of this Writ of Mandamus has been forwarded to the 204th District Court of Dallas County through TDCJ mailing system for offenders on this the 14 , day of September, 2015.

Marvin Smith
Defendant Pro se
TDCJ-ID#1482239
William G. McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

3.

1-22-97

Dear. Mr. Rudolph Brothers, Jr.

I am writing you again in asking you to send me the following copies on my case, would you please reply to my request

1. Copy of Indictment
2. All police report
3. Statement
4. Medical Record

Respectfully
Marvin Smith

Marvin Smith
Reg. No. N-84417
Menard Correctional Center
P.O. Box 711
Menard, IL 62259-0711

April 7, 2003

Dallas County Court Clerk
Dallas County Courthouse
600 Commerce St.
Dallas, TX 75202

    RE: Detainer Warrant # OS F9440593

Dear Clerk:

    I am writing to obtain information concerning my criminal case in Texas. The above detainer warrant number is all that I have been able to obtain concerning this case.

    I want to appeal this conviction and pursue any and all post trial remedies available to me at this time. However, I am unable to do so without further information.

    I respectfully Request that you send me any and all information pertaining to me case, so that I will be able to reveiw and prepare documents to the court so I may appeal my case.

    I want to Thank You in advance for any and all assistance you can provide to me.

Very Respectfully,

Marvin Smith 4-7-03

Marvin Smith